Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907)276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

FILED
STATE OF ALASKA
THIRD DISTRICT

2021 APR 23 PM 3:48

CLERK OF THE TRIAL COURTS

BY_____
DEPUTY CLERK

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT IN ANCHORAGE

SAM ALLEN, )
                                     )
         Plaintiff, )
                                     )
vs. )
                                     )
CORNELIUS AARON PETTUS, JR, )
DEORMAN LEVI STOUT and )
MUNICIPALITY OF ANCHORAGE, )
                                     )
        Defendants. )  Case No. 3AN-21-5579CI
_____)

**COMPLAINT**

      COMES NOW the plaintiff, SAM ALLEN., by and through his attorneys Barber &

Associates, LLC, and for his Complaint against defendants CORNELIUS AARON

PETTUS, JR, DEORMAN LEVI STOUT, and the MUNICIPALITY OF ANCHORAGE,

hereby states and alleges as follows:

**THE PARTIES**

1.    At all times material hereto, the plaintiff was and is a resident in the Third Judicial

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

District.

2.     At all times material hereto, defendant Cornelius Aaron Pettus Jr was and is a resident of the Third Judicial District.

3.     At all times material hereto, defendant Deorman Levi Stout was and is a resident of the Third Judicial District.

4.     At all times material hereto, the Municipality of Anchorage was and is a municipality in the Third Judicial District.

## JURISDICTION & VENUE

5.     This Court has jurisdiction over this matter pursuant to AS 22.10.020.

6.     Venue is proper  because the plaintiff's causes of action accrued within the Third Judicial District.

## GENERAL ALLEGATIONS

7.     On October 31, 2019, Cornelius Pettus Jr and Deorman Stout were on duty working as police officers for the Municipality of Anchorage.

8.     Officers Pettus and Stout delivered citations for a bicycling violation to the plaintiff at his home.

9.     When Mr. Allen cursed at Officer Pettus, Officer Pettus approached the plaintiff and grabbed his phone.

10.     The plaintiff was standing in a neutral stance with his hands by his side.

4481 / 01 Complaint
Allen v Pettus et al.
Page 2

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

11. Officer Pettus punched the plaintiff in his jaw.

12. Officer Pettus kicked at the plaintiff's groin.

13. Officer Pettus threatened the plaintiff: 'What's up, what's up, you want some more?"

14. Officer Pettus accused the plaintiff of fighting with him.

15. Officer Pettus used Oleoresin Capsicum (pepper spray) on the plaintiff.

16. Officer Pettus took the plaintiff to the ground.

17. Officer Pettus handcuffed the plaintiff.

18. Officer Pettus arrested the plaintiff.

19. Officer Stout witnessed the incident.

20. Officer Stout failed to intervene or assist the plaintiff.

21. Officer Stout assisted Officer Pettus in arresting the plaintiff.

22. Officer Pettus wrote a false report indicating that the plaintiff attempted to fight him.

23. Officer Pettus and Officer Stout arrested the plaintiff for assault, disorderly conduct and resisting arrest.

24. The plaintiff told numerous officers that Officer Pettus took his phone and punched him without reasonable basis.

25. The defendants incarcerated the plaintiff in jail for several days.

26. Officer Stout knew or should have known that the report was false.

27. The defendants unlawfully arrested the plaintiff.

4481 / 01 Complaint
Allen v Pettus et al.
Page 3

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:     (907) 276-5817

28. In their attempt to cover-up their illegal and unconstitutional conduct, defendants filed one or more false reports suggesting that their conduct was somehow justified.

29. The Municipality of Anchorage was responsible for reasonably hiring, training, supervising and retaining police officers like Officer Stout and Officer Pettus.

30. The Municipality of Anchorage failed to reasonably hire and/or train and/or supervise and/or retain Officer Pettus and/or Officer Stout.

31. The Municipality of Anchorage failed to promptly and reasonably investigate the plaintiff's report of Officer Pettus grabbing his phone and punching him without a reasonable basis.

32. Officer Pettus and/or Officer Stout lied when asked about what happened in the incident.

33. The defendants actions and/or failures to act described above caused the plaintiff to suffer serious harm for which the defendants are liable including past and/or future: pain, suffering, emotional distress, loss of capacity for enjoyment of life, inconvenience and other non-pecuniary damages to be more fully set forth at trial, all in an amount greater than $100,000 (ONE HUNDRED THOUSAND DOLLARS), the exact amount to be set by the trier of fact.

## CAUSES OF ACTION

### a. CLAIMS AGAINST OFFICERS PETTUS AND STOUT

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

32.     Plaintiff repeats and incorporates herein paragraphs 1 - 33.

33.     Officers Pettus and Stout were agents of the Municipality of Anchorage.

34.     Officers Pettus and Stout were acting under color of law in the course and scope of their duties for the Municipality of Anchorage they unlawfully interacted with the plaintiff and arrested him in violation of his civil rights and then attempted to cover up their illegal and unconstitutional conduct.

35.     Officers Pettus and Stout's acts were done outside of their lawful authority or discretion.

36.     By unlawfully using excessive force and arresting the plaintiff, Officers Pettus and Stout violated the plaintiff's Fourth Amendment right against unlawful seizure.

37.     By failing to intervene to prevent Officer Pettus from illegal seizing the plaintiff and using excessive force, Officer Stout violated the plaintiff's civil rights.

38.     By submitting false reports related to their behavior, Officers Pettus and Stout attempted to cover up their unconstitutional conduct and obstruct justice. By doing so, they violated plaintiff's civil rights.

39.     As a result of Officer Pettus and Stout's outrageous, illegal, unconstitutional and unlawful conduct, the plaintiff suffered serious physical, emotion and psychological injuries.

40.     Officers Pettus and Stout are liable to plaintiff for damages pursuant to 42. U.S.C. § 1983.

4481 / 01 Complaint
Allen v Pettus et al.
Page 5

41.     Officers Pettus and Stout are liable to plaintiff for attorney's fees and litigation expenses pursuant to 42. U.S.C. § 1988.

42.     Officers Pettus and Stout's negligence, gross negligence and/or reckless and/or intentional misconduct were substantial factors in causing serious physical, emotional and psychological injuries to the plaintiff.

43.     Officer Pettus is liable to the plaintiff for intentional infliction of emotional distress.

44.     Officer Pettus and Stout's acts were done corruptly, maliciously, and in bad faith.

45.     Officer's Pettus and Stout are liable for false imprisonment.

46.     Officer Pettus is liable to the plaintiff for assault.

47.     Officer Pettus is liable to the plaintiff for battery.

48.     Officers Pettus and Stout are liable for exemplary and/or punitive damages for conduct evidencing reckless disregard to the interests of the plaintiff and/or outrageous conduct.

49.     Officers Pettus and Stout engaged in reckless and capricious conduct that was unreasonable and was with deliberate indifference and/or shocks the conscience.

### b. MUNICIPALITY OF ANCHORAGE

50.     Plaintiff incorporates by reference the allegations in paragraphs 1-33.

51.     The Municipality owed a duty to exercise reasonable care towards the plaintiff.

52.     The Municipality is liable for the actions and/or failures to act of Officers Pettus and

4481 / 01 Complaint
Allen v Pettus et al.
Page 6

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:    (907) 276-5817

Stout, and its other employees under theories of vicarious liability and/or agency and/or respondeat superior and/or aided-in-agency.

53. The Municipality breached its duty of reasonable care to the plaintiff by negligently and/or gross negligently and/or recklessly failing to reasonably hire and/or train and/or supervise and/or retain Officers Pettus and Stout which were substantial factor in causing harm to the plaintiff for which the Municipality is liable.

54. The Municipality breached its duty of reasonable care to the plaintiff by negligently and/or gross negligently and/or recklessly failing to promptly and/or reasonably investigate plaintiff's report of Officer Pettus punching him without reasonable basis which was a substantial factor in causing harm to the plaintiff.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests the following relief:

1. For judgment against the defendants in excess of $100,000, the precise amount to be decided by a jury;

2. For an award of punitive damages as allowed by law;

3. For an award of damages for violation of his civil rights;

4. For the imposition of vicarious liability as allowed by law or equity;

5. For pre-judgment and post-judgment interest, attorneys' fees, and costs incurred in this matter;

4481 / 01 Complaint
Allen v Pettus et al.
Page 7

BARBER & ASSOCIATES, LLC

ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

6. For such other relief as this court deems just and equitable.

DATED at Anchorage, Alaska this _27_ day of April, 2021.

BARBER & ASSOCIATES, LLC
Counsel for Plaintiff

By: _____
JEFF BARBER
AK Bar #0111058

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

4481 / 01 Complaint
Allen v Pettus et al.
Page 8

**CASE DESCRIPTION — SUPERIOR COURT**        Case Number: _21-5572_

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Tort** | | |
| ☐ Wrongful Death | Civil Superior Court | CISPID |
| ☐ Automobile Tort (But Not Wrongful Death) | Civil Superior Court | CISIDA |
| ☐ Claim Against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| ☐ Product Liability | Civil Superior Court | CISPL |
| ☐ Intentional Tort (e.g., assault, battery, vandalism) | Civil Superior Court | CISIT |
| ☐ Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| ☒ Other Tort | Civil Superior Court | CISIDO |
| ☐ Approval of Minor Settlement – Civil Petition *May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Malpractice** | | |
| ☐ Legal Malpractice | Civil Superior Court | CISLMP |
| ☐ Medical Malpractice | Civil Superior Court | CISMMP |
| ☐ Other Malpractice | Civil Superior Court | CISOMP |
| **Other Civil** | | |
| ☐ Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| ☐ Change of Name - Adult | Change of Name | CICON |
| ☐ Change of Name - Minor | Change of Name | CICONM |
| ☐ Confession of Judgment | Civil Superior Court | CISCCONF |
| ☐ Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| ☐ Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| ☐ Arbitration – Action Under Uniform Arbitration Act | Civil Superior Court | CISAP |
| ☐ Fraud | Civil Superior Court | CISFRAUD |
| ☐ Unfair Trade Practice and Consumer Protection | Civil Superior Court Clerk: Issue form CIV-128 | CISUTP |
| ☐ Writ of Habeas Corpus | Civil Superior Court | CIWHC |
| ☐ Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| ☐ Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| ☐ Other Superior Court Complaint | Civil Superior Court | CISOCI |
| ☐ Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | |
| ☐ Post-Conviction Relief | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | |
| ☐ Election Contest or Recount Appeal – SEE OTHER CIVIL | | |
| ☐ DMV Appeal | Appeal from Admin Agency | CIADDMV |
| ☐ Employment Security Appeal | Appeal from Admin Agency | CIADRESA |
| ☐ Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| ☐ CSSD License Review Action | Petition for Review or Relief | CICSED |
| ☐ Petition for Review from Administrative Agency | Petition for Review or Relief | CIPRA |
| ☐ Petition for Relief from Administrative Agency – AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | |
| ☐ Civil Appeal | Appeal from District Court | CIACI2 |
| ☐ Criminal Appeal | Appeal from District Court | CIACRM |
| ☐ Minor Offense Appeal | Appeal from District Court | CIAMO |
| ☐ Small Claims Appeal | Appeal from District Court | CIASC |
| ☐ Petition for Review from Civil, Criminal, or Minor Offense Case | Petition for Review or Relief | CIPRD2 |
| ☐ Petition for Review from Small Claims | Petition for Review or Relief | CIPRSC |

CIV-125S (1/18)(cs)        Page 2 of 2
CASE DESCRIPTION FORM — SUPERIOR COURT

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

SAM ALLEN,                                    )
                                              )
                    Plaintiff,                )
                                              )    CASE NO. 3AN-21- $5 \div 2 \, C \, \underline{\underline{I}}$
vs.                                           )
                                              )
CORNELIUS AARON PETTUS, JR.,                  )
DEORMAN LEVI STOUT and                        )
MUNICIPALITY OF ANCHORAGE,                    )    SUMMONS AND
                                              )    NOTICE TO BOTH PARTIES
                    Defendants.               )    OF JUDICIAL ASSIGNMENT
                                              )
_____   )

To Defendant: MUNICIPALITY OF ANCHORAGE

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Avenue, Anchorage, AK 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) JEFF BARBER, whose address is: 540 E. Fifth Ave., Anchorage, AK 99501.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R.Civ. P. 5(I).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant
You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _____*Ramgren*_____
   and to a magistrate judge.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

____4/28/2021____                    By: ___*Allen Zeibel*___
        Date                                  Deputy Clerk

I certify that on 4/28/21 a copy of this Summons was  [ ] mailed [√] given to
[ ] plaintiff   [√] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order   [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk___*AL*___

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside of the United States, you also have 40 days to file your answer.

# IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

SAM ALLEN,

         Plaintiff,

vs.

CORNELIUS AARON PETTUS, JR.,
DEORMAN LEVI STOUT and
MUNICIPALITY OF ANCHORAGE,

         Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3AN-21- 5572CI

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: DEORMAN LEVI STOUT

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at **825 W. 4ᵗʰ Avenue, Anchorage, AK 99501** within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) **JEFF BARBER**, whose address is: **540 E. Fifth Ave., Anchorage, AK 99501.**

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R.Civ. P. 5(I).

## NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge _____Ramgren_____
and to a magistrate judge.

☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

_____4/28/2021_____
Date

By: _____Celer Zecht_____
Deputy Clerk

I certify that on 4/28/21 a copy of this Summons was [ ] mailed [✓] given to
[ ] plaintiff  [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk_____AL_____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
## AT ANCHORAGE

SAM ALLEN,

        Plaintiff,

vs.

CORNELIUS AARON PETTUS, JR.,
DEORMAN LEVI STOUT and
MUNICIPALITY OF ANCHORAGE,

        Defendants.

CASE NO. 3AN-21- **5572 C I**

SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT

To Defendant: CORNELIUS AARON PETTUS, JR.

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at **825 W. 4th Avenue, Anchorage, AK 99501** within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) **JEFF BARBER**, whose address is: **540 E. Fifth Ave., Anchorage, AK 99501.**

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form Notice of Change of Address / Telephone Number (TF-955), available at the clerk's office or on the court system's website at www.courts.alaska.gov/forms.htm, to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R.Civ. P. 5(I).

### NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

☑ This case has been assigned to Superior Court Judge   ___Ramgren___
  and to a magistrate judge.
☐ This case has been assigned to District Court Judge _____.

CLERK OF COURT

___4/28/2021___
Date

By: ___Alan Taylor___
      Deputy Clerk

I certify that on _4/28/21_ a copy of this summons was [ ] mailed [✓] given to
[ ] plaintiff  [✓] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk____AL____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside of the United States you also have 40 days to file your answer.

| | |
|---|---|
| SAM ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CORNELIUS AARON PETTUS, JR., | ) |
| DEORMAN LEVI STOUT, and | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants. | ) Case No. 3AN-21-05572 CI |

**BARBER & ASSOCIATES, LLC**
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX: (907) 276-5817

## AFFIDAVIT OF CIVIL RULE 4 PROCESS

| | |
|---|---|
| STATE OF ALASKA | ) |
| | ) ss: |
| THIRD JUDICIAL DISTRICT | ) |

I, Angela C. Miller, being duly sworn, do hereby state as follows: That I am employed at BARBER & ASSOCIATES, LLC; that pursuant to Exhibit 1 attached hereto, a copy of the Summons and Complaint was served by North Country Process to Deorman Levi Stout on May 2, 2021; that pursuant to Exhibit 2 attached hereto, a copy of the Summons and Complaint was served by North Country Process to Cornelius Aaron Pettus, Jr. on May 2, 2021; that pursuant to Exhibit 3 attached hereto, a copy of the Summons and Complaint was served by certified mail to the Municipal Attorney's Office on May 3, 2021; that pursuant to Exhibit 4 attached hereto, a copy of the Summons and Complaint was served by certified

4481/03 Affidavit of Civil Rule Four Process
Allen v MOA, et al.; Case No. 3AN-21-05572 CI
Page 1

mail to the Municipal Clerk's Office on May 3, 2021; that the defendants in this action have

been served.

*Angela C Miller*

Angela C. Miller

SUBSCRIBED AND SWORN to before me this 10 day of May, 2021.

STATE OF ALASKA
NOTARY PUBLIC
Tamara M. Hansen
My Commission Expires July 10, 2021

Notary Public in and for Alaska

My Commission Expires: 7/10/21

**CERTIFICATE OF SERVICE**
This is to certify that on this date a
copy of the foregoing was served
by (X) mail ( ) fax ( ) hand to:

Municipality of Anchorage
Municipal Clerk's Office
632 W 6th Ave, Ste 250
Anchorage, AK 99501

Municipality of Anchorage
Municipal Attorney's Office
PO Box 196650
Anchorage, AK 99519

Cornelius Aaron Pettus, Jr.
2654 Aspen Heights Loop
Anchorage, AK 99508

Deorman Levi Stout
11611 Suncrest Drive
Anchorage, AK 99515

*Angie Miller*  5-10-2021

Angie Miller        Date

4481/03 Affidavit of Civil Rule Four Process
Allen v MOA, et al.; Case No. 3AN-21-05572 CI
Page 2

BARBER & ASSOCIATES, LLC
ATTORNEYS AT LAW
540 E. FIFTH AVENUE
ANCHORAGE, ALASKA 99501
PHONE: (907) 276-5858
FAX:   (907) 276-5817

# AFFIDAVIT - RETURN OF SERVICE

SAM ALLEN

    Plaintiff(s),

vs.

CORNELIUS AARON PETTUS, JR., DEORMAN LEVI STOUT AND
MUNICIPALITY OF ANCHORAGE

    Defendant(s).
)

**FILE STAMP**

Case Number:  3AN-21-05572 CI

I solemnly swear or affirm that on 5/2/2021, at 1:31 PM, I served the following documents:

LETTER, SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, COMPLAINT

upon the therein named DEORMAN LEVI STOUT at 11611 SUNCREST DRIVE, ANCHORAGE, ALASKA
99515, by handing and leaving a true and correct copy with MARIAH BURROWS, GIRLFRIEND, A PERSON OF
SUITABLE AGE AND DISCRETION WHO RESIDES AT THE SAME PLACE OF ABODE ASDEORMAN
LEVI STOUT.

CHRISTOPHER DABBS
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this  May 04, 2021 in Anchorage, Alaska.

Notary Public in and for the State of Alaska
My Commission Expires:   5/29/2024

Client:        BARBER & ASSOCIATES, LLC
Client Contact:  ANGIE MILLER
File Number:   4481 ALLEN

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

**Return No.:  203092**

| | | |
|---|---|---|
| Service Fee [Rule 11(a)(1)(i/ii)]: | | $45.00 |
| Mileage Fee [Rule 11(a)(7)]: | | $20.00 |
| Total Recoverable Fees per Admin Rule 11: | | $65.00 |
| Total Service Fees: | | $65.00 |

Exhibit   1
Page   1 of 1

# AFFIDAVIT - RETURN OF SERVICE

SAM ALLEN

    Plaintiff(s),

vs.

Case Number:  3AN-21-05572 CI

CORNELIUS AARON PETTUS, JR., DEORMAN LEVI STOUT AND
MUNICIPALITY OF ANCHORAGE

    Defendant(s).

           )

I solemnly swear or affirm that on 5/2/2021, at 11:13 PM, I served the following documents:

LETTER, SUMMONS AND NOTICE TO BOTH PARTIES OF JUDICIAL ASSIGNMENT, COMPLAINT

upon the therein named CORNELIUS AARON PETTUS, JR. at 2654 ASPEN HEIGHTS LOOP, ANCHORAGE, ALASKA 99508, by handing and leaving a true and correct copy with CORNELIUS AARON PETTUS, JR.

CHRISTOPHER DABBS
Civilian Process Server

SUBSCRIBED AND SWORN to or affirmed before me this  May 04, 2021 in Anchorage, Alaska

Notary Public in and for the State of Alaska

| | |
|---|---|
| Client: | BARBER & ASSOCIATES, LLC |
| Client Contact: | ANGIE MILLER |
| File Number: | 4481 ALLEN |

My Commission Expires:  5/29/2024

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

| | |
|---|---|
| Service Fee [Rule 11(a)(1)(i/ii)]: | $45.00 |
| Mileage Fee [Rule 11(a)(7)]: | $20.00 |

**Return No.:  203093**

| | |
|---|---|
| Total Recoverable Fees per Admin Rule 11: | $65.00 |
| Total Service Fees: | $65.00 |

Exhibit  _2_
Page  _1_ of _1_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MUNICIPALITY OF ANCHORAGE
MUNICIPAL ATTORNEY'S OFFICE
PO BOX 196650
ANCHORAGE, AK 99519

9590 9402 6589 1028 9635 39

2. Article Number *(Transfer from service label)*

7120 0090 0001 1912 1418

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Steven Fitzpatrick_ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*     C. Date of Delivery
_Steven Fitzpatrick_   MAY - 3 2021

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No
BY:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

Exhibit _2_
Page _1_ of _1_

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MUNICIPALITY OF ANCHORAGE
MUNCIPAL CLERK'S OFFICE
632 W 6TH AVE STE 250
ANCHORAGE AK 99501

9590 9402 6589 1028 9635 46

2. Article Number (Transfer from service label)

20 0090 0001 1912 1401

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Exhibit ___4___
Page __1__ of _3_

# USPS Tracking®

FAQs ›

Track Another Package +

**Tracking Number:** 70200090000119121401

Remove ✕

Your item was delivered to an individual at the address at 1:35 pm on May 3, 2021 in ANCHORAGE, AK 99501.

## ⊘ Delivered, Left with Individual

May 3, 2021 at 1:35 pm
ANCHORAGE, AK 99501

Get Updates ⌄

Feedback

Text & Email Updates ⌄

Tracking History ⌃

May 3, 2021, 1:35 pm
Delivered, Left with Individual
ANCHORAGE, AK 99501
Your item was delivered to an individual at the address at 1:35 pm on May 3, 2021 in ANCHORAGE, AK 99501.

May 1, 2021, 9:51 am
Delivery Attempted - No Access to Delivery Location
ANCHORAGE, AK 99501

Exhibit ____4____
Page ___2___ of _3_

Case 3:21-cv-00138-JMK   Document 10-1   Filed 07/28/21   Page 19 of 23

May 1, 2021, 6:51 am
Arrived at Post Office
ANCHORAGE, AK 99501


April 30, 2021, 11:39 pm
Arrived at USPS Regional Facility
ANCHORAGE AK DISTRIBUTION CENTER

---

**Product Information**                                    ∨

---

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

Exhibit ___4___
Page ___3___ of ___3___

Case 3:21-cv-00133-JMK   Document 10-1   Filed 07/28/21   Page 20 of 23

Pamela D. Weiss
Assistant Municipal Attorney
Email: courtdocs@muni.org

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT ANCHORAGE

|  |  |  |
|---|---|---|
| SAM ALLEN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| CORNELIS AARON PETTUS, JR., DEORMAN LEVI STOUT, and MUNICIPALITY OF ANCHORAGE, | ) ) ) ) ) | |
| Defendants. | ) ) | Case No. 3AN-21-05572 CI |

### NOTICE TO SUPERIOR COURT CLERK OF FILING OF NOTICE OF REMOVAL

TO:   Clerk of Trial Courts
      Third Judicial District, State of Alaska

Pursuant to 28 U.S.C. § 1446, a copy of the Notice of Removal of Action to United

Stated District Court is hereby filed with the Clerk of Trial Courts, Third Judicial District

for the State of Alaska.

Respectfully submitted this 2nd day of June, 2021.

KATHRYN R. VOGEL
Municipal Attorney


By: s/ Pamela D. Weiss
    Pamela D. Weiss
    Assistant Municipal Attorney
    Alaska Bar No.0305022

MUNICIPALITY
OF
ANCHORAGE

OFFICE OF THE
MUNICIPAL
ATTORNEY

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Certificate of Service
I certify that on June 2, 2021 I caused to be mailed
and emailed a true and correct copy of the foregoing to:

Jeff Barber
Barber & Associates, LLC
540 E. 5th Ave, Suite 250
Anchorage, AK 99501
Email: jeffb@alaskainjury.com

Clinton M. Campion
Sedor Wendlandt Evans Filippi
500 L Street, Suite 500
Anchorage, AK 99501
Email: campion@alaskalaw.pro

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

**MUNICIPALITY
OF
ANCHORAGE**

**OFFICE OF THE
MUNICIPAL
ATTORNEY**

P.O. Box 196650
Anchorage, Alaska
99519-6650

Telephone: 343-4545
Facsimile: 343-4550

Notice to Superior Court Clerk of Filing Notice of Removal
*Allen, Sam v. Pettus, et al*; Case No. 3AN-21-05572 CI
Page 2 of 2

| | |
|---|---|
| **From:** | Cummings, Amber J. <amber.cummings@anchorageak.gov> |
| **Sent:** | Wednesday, June 02, 2021 4:23 PM |
| **To:** | ANC Civil; campion@alaskalaw.pro; Jeff Barber |
| **Cc:** | Weiss, Pamela D.; Angie Miller |
| **Subject:** | Allen, Sam v. Pettus, MOA, Stout, Case No. 3AN-21-05572 Cl; Notice of Removal to Federal Court |
| **Attachments:** | Notice of Removal to Federal Court (Superior Court).pdf |

Good afternoon,

Please find attached the *Notice of Removal to Federal Court* (2 pages total) for filing in the above mentioned matter.

Thank you,



**Amber Cummings**
*Special Administrative Assistant II*
Municipality of Anchorage
Department of Law
632 W.6th Avenue, Suite 730
Anchorage, Alaska 99501
(907) 343-4545
amber.cummings@anchorageak.gov
www.muni.org/Departments/Legal/

1