Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAM ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORNELIUS AARON PETTUS, JR., | ) |
| DEORMAN LEVI STOUT, and | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| Defendants, | ) Case No. 3:21-cv-00136-JMK |
| | ) |

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RULE OF LAW REGARDING VICARIOUS LIABILITY AND AIDED-IN-AGENCY**

COMES NOW the plaintiff, by and through counsel, and moves for partial summary judgment and for rule of law that the Municipality is vicariously liable for any harm to Mr. Allen in this case alleged to have been caused by its police officers under both *respondeat superior* and the aided in agency doctrine. F.R.C.P. 56 (c). Plaintiff's Memorandum in Support of Motion for Partial Summary Judgment and Rule of Law Regarding Vicarious Liability and Aided in Agency is filed herewith, along with his

4481/10 Plaintiff's Motion for Partial Summary Judgment and Rule of Law Regarding Aided-in-Agency Liability
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 2

Case 3:21-cv-00136-JMK   Document 18   Filed 08/26/21   Page 1 of 2

proposed Order.

DATED in Anchorage, Alaska this 26th day of August, 2021.

BARBER & ASSOCIATES, LLC
Attorneys for Plaintiff

By:/s/Jeff Barber
JEFF BARBER
AK Bar #0111058

CERTIFICATE OF SERVICE
hereby certify that on this 26th of August, 2021,
a copy of the foregoing was served by email
to the following:

Pamela D. Weiss
pamela.weiss@anchorageak.gov
Clinton M. Campion
campion@alaskalaw.pro


/s/Angie Miller
Angie Miller

4481/10 Plaintiff's Motion for Partial Summary Judgment and Rule of Law Regarding
Aided-in-Agency Liability
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 3