**REQUEST FOR PRODUCTION NO. 3:** Please produce a copy of Cornelius Aaron Pettus Jr.'s employment and/or personnel files including but not limited to any disciplinary issues, performance reviews, applications, commendations, credentials.

**RESPONSE:** Objection. The file contains information that is private, confidential and protected by the Alaska Constitution, Alaska Statutes and Collective Bargaining Agreement. Further the request is overly broad because it seeks information that is not reasonably calculated to lead to the discovery of admissible information in this case. Upon narrowing of the request, Pettus is entitled to an opportunity to object to the release of any portion of his personnel file and an order providing for *in camera* review by the court.

Notwithstanding, MOA has identified the IA file relating to the investigation of the events giving rise to this case as being subject to disclosure under Rule 26(a). However, those documents cannot be disclosed at this time because doing so may interfere with ongoing criminal proceedings in state and federal court. Once those proceedings have concluded, records relating to the IA investigation of this incident may be disclosed subject to entry of a Protective Order.

**REQUEST FOR PRODUCTION NO. 4:** Please produce a copy of Deorman Levi Stout's employment and/or personnel files including but not limited to any disciplinary issues, performance reviews, applications, commendations, credentials.

**RESPONSE:** Objection. The file contains information that is private, confidential and protected by the Alaska Constitution, Alaska Statutes and Collective

Municipal Defendants' Responses to Plaintiff's (1st) Requests for Production
Allen, Sam v. MOA, Pettus, Stout; Case No. 3:21-cv-00136 JMK
Page 3 of 5

Case 3:21-cv-00136-JMK   Document 24-1   Filed 09/29/21   Page 1 of 2
Exhibit 1 p. 1

Bargaining Agreement. Further the request is overly broad because it seeks information that is not reasonably calculated to lead to the discovery of admissible information in this case. Upon narrowing of the request, Municipal Defendants may agree to a stipulation for *in camera* review for the court to decide what, if anything, should further be disclosed.

Notwithstanding, MOA has identified the IA file relating to the investigation of the events giving rise to this case as being subject to disclosure under Rule 26(a). However, those documents cannot be disclosed at this time because doing so may interfere with ongoing criminal proceedings in state and federal court. Once those proceedings have concluded, records relating to the IA investigation of this incident may be disclosed subject to entry of a Protective Order.

**REQUEST FOR PRODUCTION NO. 5:** Please produce all communications with any retained experts, including but not limited to emails and billing records.

**RESPONSE:** Objection. Identification of experts and production of materials related to those retained expert are subject to the deadline set forth in the Scheduling and Planning Order (Dkt.12).

Notwithstanding, Municipal Defendants have no documents responsive to this request at this time.

Municipal Defendants' Responses to Plaintiff's (1st) Requests for Production
Allen, Sam v. MOA, Pettus, Stout; Case No. 3:21-cv-00136 JMK
Page 4 of 5

Case 3:21-cv-00136-JMK   Document 24-1   Filed 09/29/21   Page 2 of 3
Exhibit 1 p. 2