Pamela D. Weiss
Assistant Municipal Attorney
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

*Attorney for Deorman Levi Stout*
*and Municipality of Anchorage*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SAM ALLEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CORNELIS AARON PETTUS, JR., )<br>DEORMAN LEVI STOUT, and )<br>MUNICIPALITY OF ANCHORAGE, )<br>)<br>Defendants. )<br>) | Case No. 3:21-cv-00136 JMK |

**STIPULATION FOR DISMISSAL OF DEFENDANTS STOUT AND MOA**

Defendants Deorman Levi Stout and the Municipality of Anchorage and Plaintiff Sam Allen, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal with prejudice of all claims raised or which could have been raised in this action against Stout and MOA, with each party to bear its own costs and attorney's fees. Nothing in this dismissal affects the claims against the other defendant, Pettus.

Respectfully submitted this 22nd day of November, 2021.

    PATRICK N. BERGT
    Municipal Attorney

    By: /s/Pamela D. Weiss
        Municipal Attorney's Office
        P.O. Box 196650
        Anchorage, Alaska 99519-6650
        Phone: (907) 343-4545
        Fax: (907) 343-4550
        E-mail: uslit@muni.org
        Alaska Bar No. 0305022


    BARBER & ASSOCIATES
    Counsel for Plaintiff Sam Allen


    By: /s/ Jeff Barber
        Jeff Barber
        Alaska Bar No. 0111058

<u>Certificate of Service</u>
The undersigned hereby certifies that on <u>11/22/21</u>, a true and correct copy of the foregoing was served by electronic means through the ECF system.

/s/ Cathi Russell
Cathi Russell, Legal Secretary
Municipal Attorney's Office