Clinton M. Campion, Alaska Bar No. 0812105
SEDOR WENDLANDT EVANS FILIPPI LLC
500 L Street, Suite 500
Anchorage, Alaska 99501
Phone: (907) 677-3600
Fax: (907) 677-3605
Email: campion@alaskalaw.pro

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAM ALLEN,<br><br>     Plaintiff,<br><br>vs.<br><br>CORNELIUS AARON PETTUS, JR.<br><br><br>     Defendant. | Case No. 3:21-cv-00136-JMK |

## <u>JOINT STIPULATION TO EXTEND DEADLINES</u>

   Plaintiff Sam Allen and Defendant Cornelius Aaron Pettus, Jr., by and through their respective counsel, hereby stipulate to extend all current deadlines in this matter by approximately six months. Defendant is awaiting trial in U.S. District Court in Case No. 3:20-cr-00100-SLG-MMS, currently scheduled to begin on July 6, 2022. The outcome of that trial will significantly impact this matter. Accordingly, the parties jointly request that all deadlines in this case be extended by 180 days. A proposed order accompanies this motion.

DATED this 30th day of March, 2022 at Anchorage, Alaska.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Attorneys for Defendant Cornelius Aaron Pettus, Jr.

By: _____/s/Clinton M. Campion_____
    Clinton M. Campion, State Bar No. 0812105
    SEDOR WENDLANDT EVANS FILIPPI LLC
    500 L Street, Suite 500Anchorage, Alaska 99501
    (907) 677-3600 (Telephone)
    (907) 677-3605 (Facsimile)
    Email address: campion@alaskalaw.pro
    COUNSEL FOR DEFENDANT CORNELIUS
    AARON PETTUS, JR.

DATED this 30th day of March, 2022 at Anchorage, Alaska.

BARBER & ASSOCIATES
Attorneys for Plaintiff Sam Allen

By: _____/s/Jeff Barber_____
    Jeff Barber, State Bar No. 0111058

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF this 30th day of March, 2022 to:

Jeff Barber
**jeffb@alaskainjury.com**

___/s/Riza Smith___ .
Certification signature

JOINT STIPULATION TO EXTEND DEADLINES
*Samuel Allen v. Cornelius Aaron Pettus Jr., et al.* - Case No. 3:21-cv-00136 JMK    Page 2 of 2

Case 3:21-cv-00136-JMK   Document 30   Filed 03/30/22   Page 2 of 2