Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAM ALLEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CORNELIUS AARON PETTUS, JR., DEORMAN LEVI STOUT, and MUNICIPALITY OF ANCHORAGE, | ) ) ) ) |
| Defendants, | ) Case No. 3:21-cv-00136-JMK |

**JOINT STIPULATION TO EXTEND DEADLINES**

COMES NOW the remaining parties, SAM ALLEN, and CORNELIUS PETTUS, JR., by and through counsel, hereby stipulate to extend the following deadlines based on the parties agreement to lift the stay on 12/21/22:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Final Discovery Witness List | 11/3/22 | 2/20/23 |
| Disclose Expert Witnesses | 7/20/22 | 5/22/23 |

4481/14 Joint Stipulation to Extend Deadlines
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 1 of 2

Case 3:21-cv-00136-JMK   Document 33   Filed 11/04/22   Page 1 of 2

| | | |
|---|---|---|
| Expert Witness Reports | 9/20/22 | 6/19/23 |
| Close of Fact Discovery | 12/20/22 | 7/17/23 |
| Expert Witness Discovery | 12/20/22 | 8/21/23 |
| Motions Under Discovery Rules | 1/17/23 | 9/18/23 |
| Dispositive Motions | 1/17/23 | 9/18/23 |
| Motions to Exclude Expert Testimony | 1/17/23 | 9/18/23 |

DATED at Anchorage, Alaska this 4th day of November, 2022.

BARBER & ASSOCIATES, LLC
Counsel for Plaintiff

/s/Jeff Barber
JEFF BARBER
AK Bar #0111058

DATED at Anchorage, Alaska this 4th day of November, 2022.

SEDOR WENDLANDT EVANS FILIPPI LLC
Counsel for defendant Cornelius Pettus, Jr.

/s/Clint M. Campion
CLINT M. CAMPION
AK Bar #0812105

CERTIFICATE OF SERVICE
hereby certify that on this 4th of November, 2022,
a copy of the foregoing was served by email
to the following:
Clinton M. Campion
campion@alaskalaw.pro

/s/Angie Miller
Angie Miller


4481/14 Joint Stipulation to Extend Deadlines
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 2 of 2