Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAM ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORNELIUS AARON PETTUS, JR., | ) |
| DEORMAN LEVI STOUT, and | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants, | ) Case No. 3:21-cv-00136-JMK |
| | ) |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

COMES NOW the plaintiff, by and through counsel, and moves to compel discovery from Cornelius Pettus, Jr., including video of the event in question, statements, and interviews relating to the incident. F.R.C.P. 26(a) and 37(c).

On March 30, 2022, the parties filed a joint stipulation to extend deadlines by six months as Mr. Pettus was awaiting trial in the underlying criminal matter Case No. 3:20-cr-00100-SLG-MMS. See Joint Stipulation to Extend Deadlines at docket #30. On

4481/15 Plaintiff's Motion for to Compel Discovery
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 2

Case 3:21-cv-00136-JMK   Document 35   Filed 02/16/23   Page 1 of 3

November 4, 2022, the parties filed another stipulation to extend deadlines. See docket #33. At that time, it appeared that Mr. Pettus' criminal issues were close to resolution. Since that time, Mr. Pettus resolved his criminal matter, but he declines to provide the relevant materials in this case including video, statements and interviews which are subject to disclosure. F.R.C.P. 26(a)(1)(A)(ii).

When a party fails to provide information subject to Rule 26(a), the court may sanction with payment of expenses, informing the jury of the party's failure, or impose other appropriate sanction. F.R.C.P. 37(c)(1).

Mr. Allen, through counsel, attempted to obtain this information without court intervention, but was unsuccessful. See Affidavit of Counsel (Ex. 1). He now moves to compel disclosure of the relevant materials in Mr. Pettus' possession.

**CONCLUSION**

Mr. Allen requests that the court order Mr. Pettus to provide all video, statements, interviews, and any other material subject to F.R.C.P. 26(a) which he may be withholding. F.R.C.P. 37(c)(1).

DATED in Anchorage, Alaska this 16th day of February, 2023.

        BARBER & ASSOCIATES, LLC
        Attorneys for Plaintiff

        By:/s/Jeff Barber
          JEFF BARBER
          AK Bar #0111058

4481/15 Plaintiff's Motion for to Compel Discovery
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 3

Case 3:21-cv-00136-JMK   Document 35   Filed 02/16/23   Page 2 of 3

CERTIFICATE OF SERVICE
hereby certify that on this 16th of August, 2023,
a copy of the foregoing was served by email
to the following:

Clinton M. Campion
campion@alaskalaw.pro

/s/Angie Miller
Angie Miller

4481/15 Plaintiff's Motion for to Compel Discovery
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 4