Jeff Barber
Barber & Associates, LLC
540 E 5th Ave.
Anchorage, AK 99501
(907) 276-5858
jeffb@alaskainjury.com
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAM ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CORNELIUS AARON PETTUS, JR., | ) |
| DEORMAN LEVI STOUT, and | ) |
| MUNICIPALITY OF ANCHORAGE, | ) |
| | ) |
| Defendants, | ) Case No. 3:21-cv-00136-JMK |
| | ) |

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA      )
                     ) ss:
THIRD JUDICIAL DISTRICT )

JEFF BARBER, being first duly sworn, deposes and states:

1. That I am an attorney representing the plaintiff in this action;

2. On January 3, 2023, I emailed Clint Campion, counsel for Mr. Pettus, and

requested him to provide the video (regarding the incident at issue);

3. On February 15, 2023, Mr. Campion responded that I could watch the video at his office, but his client did not want him to release the Dashcam video from the incident on 9/30/29;

4. On February 15, 2023, I spoke to Mr. Campion who stated that he would not provide the video unless I filed a motion. He also confirmed that he had other materials regarding the incident, including statements and interviews which he has not provided; and

5. Further this affiant sayeth naught.

JEFF BARBER

SUBSCRIBED AND SWORN to before me this 16th day of February, 2023.

Angela C. Miller
Notary Public in and for Alaska
My Commission Expires: 9-11-2024

STATE OF ALASKA
NOTARY PUBLIC
Angela C. Miller
My Commission Expires Sep 11, 2024

4481/15 Affidavit of Counsel (Ex. 1)
Allen v MOA, Pettus, Jr. and Stout; Case No. 3:21-cv-00136-JMK
Page 3